UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:97-CR-15 |
| | ) | |
| RICKY GHOLSTON | ) | |

**O R D E R**

This supervised release revocation matter came before the Court on April 4, 2005. At his hearing, the defendant did not contest that he had violated the terms of his supervised release by having been arrested, having tested positive for cocaine, having failed to maintain full time employment, and having failed to submit monthly supervision reports. It is uncontested the defendant's violation guideline range is now 21 to 24 months.

Therefore, the Court finds that the defendant has violated the terms of his supervised release, and it is hereby **ORDERED** that his term of supervised release is **REVOKED**. It is **ORDERED** that he is sentenced to serve a term of 24 months, and that this term of imprisonment will not be followed by any additional term of supervised release.

It is hereby **RECOMMENDED** that the defendant receive drug abuse treatment and that he be designated to a federal facility close to the Eastern District of Tennessee. The defendant is **REMANDED** to the custody of the United States Marshal.

ENTER:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE